THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORNER COMPUTING SOLUTIONS SP, et al.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | No. 2:23-cv-00939 TL<br><br>DEFENDANT GOOGLE'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND INSUFFICIENT SERVICE OF PROCESS<br><br>NOTE ON MOTION CALENDAR: Friday, July 21, 2023<br><br>ORAL ARGUMENT REQUESTED |

DEFENDANT GOOGLE'S REPLY IN SUPPORT OF MOTION TO DISMISS
(NO. 2:23-CV-00939 TL)

163019240

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

On June 29, 2023, Defendant Google LLC, filed a motion to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(5). Dkt. No. 10. The motion is noted for consideration on July 21, 2023, pursuant to Local Civil Rule 7(d)(3). Plaintiff's opposition was, therefore, due on July 17, 2023. *See* LCR 7(d)(3) (opposition papers are due "the Monday before the noting Date"). As of the filing of this reply, Defendant has not been served with opposition papers and no opposition papers have been docketed via that Court's electronic filing system.

Because Plaintiff has not contested Defendant's motion, the Court should dismiss Plaintiff's case. Failure to file and serve opposition papers to a motion, other than a motion for summary judgment, "may be considered by the court as an admission that the motion has merit." LCR 7(b)(2); *see also Federal Nat. Mortg. Ass'n v. Jackson*, No. C11-5363BHS, 2012 WL 10818, at *1 (W.D. Wash. Jan. 3, 2012) ("As a threshold matter, failure to respond to a motion may be considered by the Court as an admission that the motion has merit."); *e.g.*, *Doe v. Revature LLC*, No. 2:22-cv-01399-TL, 2023 WL 4583470, at *9 (W.D. Wash. July 18, 2023) (Lin, J.) (granting motion where non-moving party failed to oppose). Here, Plaintiff has not contested Defendant's motion. The Court should dismiss all claims in Plaintiff's Complaint against Google with prejudice.

DEFENDANT GOOGLE'S REPLY IN SUPPORT
OF MOTION TO DISMISS
(NO. 2:23-CV-00939 TL) – 1
163019240

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

RESPECTFULLY SUBMITTED this 21st day of July, 2023.

*I certify that this memorandum contains 230 words, in compliance with the Local Civil Rules.*

s/Cara Wallace
Cara Wallace, WSBA No. 50111
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  CWallace@perkinscoie.com

Sunita Bali (*Pro Hac Vice application forthcoming)*
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone:  415.344.7000
Facsimile:  415.344.7050
E-mail:  SBali@perkinscoie.com

Attorneys for Defendant Google LLC

DEFENDANT GOOGLE'S REPLY IN SUPPORT OF MOTION TO DISMISS
(NO. 2:23-CV-00939 TL) – 2
163019240

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

I certify that on July 21, 2023, I electronically filed DEFENDANT GOOGLE'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND FOR IMPROPER SERVICE OF PROCESS with the Clerk of the Court using the CM/ECF system.

And I hereby certify that I have caused the following non-CM/ECF participant to be served the foregoing by the method(s) indicated:

| | |
|---|---|
| Dale Jake Corner<br>22823 - 14th Pl. West<br>Bothell, WA 98021 | ___ Via hand delivery<br>_X_ Via U.S. Mail, 1st Class, Postage Prepaid<br>___ Via Overnight Delivery<br>___ Via Facsimile<br>___ Via Email<br>___ Other: _____ |

DATED this 21st day of June, 2023.

s/Cara Wallace
Cara Wallace, WSBA No. 50111
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: CWallace@perkinscoie.com

CERTIFICATE OF SERVICE
(NO. 2:23-CV-00939 TL) – 1

163019240

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000