THE HONORABLE TANA LIN

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9 | CORNER COMPUTING SOLUTIONS SP, et al.,

No. 2:23-cv-00939 TL

10

Plaintiff,

DECLARATION OF CARA WALLACE IN SUPPORT OF DEFENDANT GOOGLE'S RESPONSE TO ORDER TO SHOW CAUSE

11

v.

12 | GOOGLE LLC,

13

Defendant.

14

15   I, Cara Wallace, declare and state as follows:

16   1.   The information contained in this declaration is true and correct to the best of

17   my knowledge, and I am of majority age and competent to testify about the matters set forth

18   herein.

19   2.   I am an attorney with Perkins Coie LLP, and I serve as counsel for Defendants

20   Google, LLC ("Google"), in the above-entitled action. I submit this declaration in support of

21   Defendant Google's Response to the Order to Show Cause.

22   3.   Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's "Initial

23   Disclosures Pursuant to Federal of Civil Procedures Rule 26," dated August 4, 2023.

24   4.   Absent dismissal of Plaintiff's claims, Google's Terms of Service limit

25   Google's total liability arising out of relating to those terms is limited to the greater of $200 or

26   (2) the fees paid to use the relevant services in the 12 months before the dispute. VirusTotal's

DECLARATION OF CARA WALLACE -1
(No. 2:23-cv-00939 TL)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

164578702

terms of service include a limitation of liability provision that prohibits recovery from VirusTotal or its parents and affiliates for any direct, indirect, incidental, special, consequential, exemplary or punitive damages.

**I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct.**

DATED this 29th day of November, 2023, at Saxman, Alaska.

s/Cara Wallace
Cara Wallace, WSBA No. 50111

DECLARATION OF CARA WALLACE -2
(No. 2:23-cv-00939 TL)

164578702

# Exhibit A

Dale Jake Conner
22823 144th pl w
Bothell WA 98021

CERTIFIED MAIL

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

7022 1670 0001 1378 1279

*Retail*



98101

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
KENMORE, WA 98028
AUG 04, 2023

**$5.94**

R2303S100995-05

## First Class Mail

**PERKINS**coie

Perkins Coie LLP | PerkinsCoie.com

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

Cara Wallace
v
June Stann

RECEIVED

AUG 07 2023

PERKINS COIE LLP





1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                     WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

8

9    CORNER COMPUTING SOLUTIONS SP,                    Case No.: 2:23-CV-00939 TL

10   Et al.,                                           INITIAL DISCLOSURES PERSUANT

11                       Plaintiff,                    TO FEDERAL OF CIVIL PROCEDURE

12   v.                                                RULE 26

13   GOOGLE LLC,

14                       Defendant.

15

16   TO DEFENDANT GOOGLE LLC AND COUNSEL OF RECORD:

17

18   PLAINTIFF CORNER COMPUTING SOLUTIONS, referred to below as the "disclosing party," hereby submits
19   the following disclosures in accordance with Fed. R. Civ. P. 26 ("Rule 26") Plaintiff's Initial Disclosures
20   Pursuant to Fed. R. Civ. P. 26

21   Rule 26(a)(1)(A)(i) – The name and, if known, the address and telephone

22   number of each individual likely to have discoverable information – along with the

23   subjects of that information – that the disclosing party may use to support his or

24   her claims or defenses, unless the use would be solely for impeachment:

25

26   GOOGLE LLC

27   ADDRESS: 1600 Amphitheatre Parkway Mountain View CA, 94043

28   PHONE: 650 253-0000

29

30   Subject Matter of Discoverable Information

31   Section A:

32   1.   The Email address or email addresses associated with the "Ad Words" and or "Google Maps" or
33        otherwise "Review Accounts" of each of the accounts that left one star reviews on the "Corner
34        Computing Solutions" Google review page or Ad words account.  This at the time the review was
35        left by the account on the "Corner Computing Solutions" Google review page, Ad words account
36        or Google Maps page.
37

38   2.   The phone number or phone numbers associated with the "AD Words" and or "Google Maps" or
39        otherwise "Review Accounts" of each of the accounts that left one star reviews on the "Corner
40        Computing Solutions" Google review page or Ad words account.  This at the time the review was
41        left by the account on the "Corner Computing Solutions" Google review page, Ad words account
42        or Google Maps page.
43

44   3.   The Time (Hour Minute Second), date(Month Day Year) associated with the "AD Words" and or
45        "Google Maps" or otherwise "Review Accounts" of each of the accounts that left one star
46        reviews on the "Corner Computing Solutions" Google review page or Ad words account.  This at
47        the time the review was left by the account on the "Corner Computing Solutions" Google review
48        page, Ad words account or Google Maps page.
49

50   4.   The IP (internet protocol) both LAN and WAN address associated with each of the 1 star reviews
51        associated with the "AD Words" and or "Google Maps" or otherwise "Review Accounts" of each
52        of the accounts that left one star reviews on the "Corner Computing Solutions" Google review
53        page or Ad words account.  This at the time the review was left by the account on the "Corner
54        Computing Solutions" Google review page, Ad words account or Google Maps page.
55

56   5.   The name, user name or other associated account information that is not a password for each of
57        the 1 Star reviews associated with the "AD Words" and or "Google Maps" or otherwise "Review
58        Accounts" of each of the accounts that left one star reviews on the "Corner Computing
59        Solutions" Google review page or Ad words account.  This at the time the review was left by the
60        account on the "Corner Computing Solutions" Google review page, Ad words account or Google
61        Maps page.
62

63   6.   The Name and position of each employee including management in control of administrating
64        the "CORNER COMPUTING SOLUTIONS" account specifically or has otherwise had administrative
65        contact thereof.  This includes the "escalation team" in charge of going through escalated
66        review removal submissions.
67

68   7.   The Date and time of each account's creation and ip address the account was created from.  This
69        includes both Lan and Wan if available.
70

71   8.   The service provider and location of each of the ip addresses at the time they posted the review.
72

P2

73      9.  The ip address or ip addresses of each of the troll accounts that left comments on investigations
74          I was working with on VIRUS TOTAL. This at the time the comments were left.
75
76      10. The email addresses for each of the accounts that left comments on investigations I was working
77          with on VIRUS TOTAL. This at the time the comments were left.
78
79      11. The name and position in the company of the person or persons who banned the "DALE JAKE
80          CORNER" account on VIRUS TOTAL with the emai **REDACTED FOR PII**
81
82      12. The Comment content of the "DALEJAKECORNER" VIRUS TOTAL ACCOUNT with the email
83          **REDACTED FOR PII** for all comments left. This is requested in electronic format only. If
84          un available it should be noted as such. The format should be individual files for each comment,
85          with links to the domains, ip addresses, or files and or links the comments were left on per file in
86          the contents of the file.
87

88

89      Section B:

90      Listing of specific accounts as it pertains to Section A: Subject Matter of Discoverable Information

91      1.  Mr. Murdock
92      2.  Mike Huntleton
93      3.  Joe Swanson
94      4.  TNF Gaming Live
95      5.  Somebody
96      6.  Itz F8Hyper
97      7.  Chris Hansen
98      8.  Markeimm
99      9.  Unknown ?
100     10. Matt
101     11. Tim Curry
102     12. No Account
103     13. Damair Ptronovsky
104     14. MKHNT Mike Huntleton https://www.virustotal.com/gui/user/MKHNT/comments
105     15. CameronL Augmented Thunder https://www.virustotal.com/gui/user/Cameronl
106     16. NeepScambaiting NeeP Scambaiting youtube.com/NeeP94
107         https://www.virustotal.com/gui/user/NeePscambaiting/comments
108     17. deleted_user Deleted User
109     18. PavelTheRuski Pavel Krebkenko https://www.virustotal.com/gui/user/PavelTheRuski/comments
110     19. YaManJerryBear Jerry Springer
111         https://www.virustotal.com/gui/user/YaManJerryBear/comments
112     20. AugmentedThunder Somebody
113         https://www.virustotal.com/gui/user/AugmentedThunder/comments

114

115    Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26

116    Rule 26(a)(1)(A)(ii) – A copy – or a description by category and location –

117    of all documents, electronically stored information, and tangible things that the

118    disclosing party has in his or her possession, custody, or control and may use to

119    support his or her claims or defenses, unless the use would be solely for

120    impeachment. (Please note that the disclosing party may either produce the

121    documents, electronically stored information, and tangible things or fill in the table

122    below.)

123

124    DESCRIPTION BY CATEGORY                    DESCRIPTION BY LOCATION

125    Electronically Stored Information             In personal posession

126    Screen capture evidence in PNG format

127    As submitted and served with original Summons and Complaint in paper format

128    (The court would not allow for submission of electronic documents)

129

130    Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26

131    Rule 26(a)(1)(A)(iii) – A computation of each category of damages claimed

132    by the disclosing party, who must also make available for inspection and copying

133    as under Rule 34 the documents or other evidentiary material (unless privileged or

134    protected from disclosure) on which each computation is based, including

135    materials bearing on the nature and extent of injuries suffered:

136    COMPUTATION:

137        1.    GOOGLE LLC'S BAN OF THE "DALEJALECORNER" VIRUS TOTAL ACCOUNT and destruction of
138    comments which contained submitted or submittable evidence without notification which
139    destroyed the comments and evidence held therein.  The comments held specific data, including
140    but not limited to screen captures, enumeration of server data, whois data, reverse whois data,
141    information pertaining to phone numbers including but not limited to service providers, names,
142    addresses, domain names, sub domains, connected or contacted websites via whois, direct
143    connection, ip communications, service providers, malware communications, admins, techs and
144    other administrators, links to files in web directories including but not limited to "tech support
145    scam pages" and malware delivery pages.
146

P4

147         This log of evidence data was taken at the time of the discovery of bot networks, malware,
148         malware networks, tech support scam page fake alerts and or connected files and servers. This
149         includes links to different Virus Total Pages that my investigation covered to link together the
150         data to get a clearer picture of the scope of the investigation itself. That so the data would be
151         easily found by other computer security researches including federal authorities, US Allies,
152         service providers and other researches. The Data itself took time, effort and in many cases
153         hours of research, typing, recording, screen capturing and mapping to complete. Furthermore,
154         destroying the account and banning it due to the complaints of trolls, whom remain unbanned
155         has caused damage to the good name of my business. This totals out to over 3 years of hard
156         work and expertise.
157
158         DAMAGE TOTAL:  50 MILLION USD Destruction of unrecoverable work, loss of business revenue
159         and unrecoverable damage to my good name and that of my business due to the account being
160         a representation to prospective clients of my ability with computing and software systems.
161
162         DOCUMENTS AND OTHER EVIDENTIARY MATERIAL:  Those Exhibits contained in the complaint
163         as filed with original case number: 23 2 03187 31 Snohomish County Superior Court Everette
164         Washington as served to GOOGLE LLC.  The contents of the comments as mentioned appear to
165         be destroyed and unrecoverable.  Only GOOGLE LLC or its counsel or possibly law enforcement
166         may have a copy that is complete.  I do have some of the comments at length stored.
167
168    2.  GOOGLE LLC'S BREACH OF CONTRACT VIA NOT ACTING IN GOOD FAITH AND FAIR DEALING:
169         As seen in the original complaint and summons submitted may 1 2023 Case Number 23 2 03187
170         31 at the Snohomish County Superior Court in Everette Washington, Google's breach of contract
171         and not acting in good faith and fair dealing has caused undue hardship via loss of income,
172         psychological strain, loss of business and revenue, unrecoverable damage to my good name and
173         that of my business.  This includes having to go through the process of engaging in this suit.
174
175         DAMAGE TOTAL: 100 MILLION USD.
176
177         DOCUMENTS AND OTHER EVIDENTIARY MATERIAL:  Those Exhibits contained in the complaint as
178         filed with original case number: 23 2 03187 31 Snohomish County Superior Court Everette
179         Washington as served to GOOGLE LLC.
180
181    The only data I have other than the submitted Complaint and Summons that was served to GOOGLE
182    LLC's is the original screen captures in electronic format that are transferable and currently in my
183    possession.
184
185
186
187

188     Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26

189     Rule 26(a)(1)(A)(iv) – For inspection and copying as under Rule 34, any

190     insurance agreement under which an insurance business may be liable to satisfy all

191     or part of a possible judgment in the action or to indemnify or reimburse for

192     payments made to satisfy the judgment:

193

194     I have no such insurance agreement nor access to any such agreement.

195

196     Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26

197

198     DATED: *Aug 4 2023*

199     (signature)

200     (name) *Dale Jake Corner*

201     *22823 14nth Pl west Bothell WA 48021*

202     Plaintiff in Pro Per

203

204

205

206

207

208

209

210

211

212

213

214

215

216

217                              PROOF OF SERVICE

218

219   I, _Dale Jake Corner_ (name), declare as follows. I am over the

220   age of 18 years. My address is: _22823 14nth Pl west Bothell WA 98021_

221   On _Aug 4 2023_ (date), I served the foregoing document described

222   as:

223   Plaintiff's Initial Disclosures Pursuant to FRCP 26

224   on all interested parties in this action by placing a true and correct copy thereof in a

225   sealed envelope, with first-class postage prepaid thereon, and deposited said

226   envelope in the United States mail in _Ken more Washington_, addressed

227   to: (city, state)

228   **Cara Wallace | Perkins Coie LLP**
229   COUNSEL
230   1201 Third Avenue Suite 4900
231   Seattle, WA 98101-3099
232

233   I declare under penalty of perjury that the foregoing is true and correct.

234   Executed on _____ at _____.

235   (date) _Aug 4 2023_

236   (place of signing) _Kenmore Post office_

237   (signature) _Dale Corner_

238   (name) _Dale Jake Corner_

P7