UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORNER COMPUTING SOLUTIONS and DALE JAKE CORNER,<br><br>            Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>            Defendant. | CASE NO. 2:23-cv-00939-TL<br><br>ORDER |

This matter is before the Court on Defendant Google LLC's Response to the Order to Show Cause (Dkt. No. 16) and Defendant's Unopposed Motion for Relief from the Dispositive Motion Deadline and to Stay the Case (Dkt. No. 18).

There is a pending motion to dismiss in this matter. Dkt. No. 10. On November 15, 2023, the Court ordered Defendant to show why this matter should not be remanded to the Snohomish County Superior Court for lack of subject matter jurisdiction. Dkt. No. 15. Defendant filed a response (Dkt. No. 16), but Plaintiff never filed a reply. The deadline for dispositive motions is March 14, 2024, and the trial date is July 15, 2024. Dkt. No. 14 at 1.

ORDER - 1

Accordingly, having reviewed Defendant's submissions and the relevant record, it is hereby ORDERED:

(1) The Court finds that it has subject matter jurisdiction over this matter.

(2) Defendant's motion (Dkt. No. 18) is GRANTED IN PART and DENIED IN PART.

    a. Defendant's request for relief from the dispositive motion deadline is GRANTED. The trial date and all remaining pretrial deadlines are STRICKEN pending the Court's ruling on Defendant's motion to dismiss.

    b. Defendant's request for a stay is DENIED.

Dated this 20th day of February 2024.

Tana Lin
United States District Judge

ORDER - 2