UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORNER COMPUTING SOLUTIONS and DALE JAKE CORNER,<br><br>                    Plaintiff,<br>     v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | CASE NO. 2:23-cv-00939-TL<br><br>ORDER ON MOTION TO AMEND |

This matter is before the Court on Plaintiff's Motion to Amend Complaint. Dkt. No. 21. Previously, the Court dismissed Plaintiff's first Complaint and granted leave to file an amended complaint. *See* Dkt. No. 20 (order) at 9–10. The instant motion is thus unnecessary, as Plaintiff was already granted leave to amend.

Accordingly, Plaintiff's motion is GRANTED. The Clerk is DIRECTED to file Plaintiff's amended complaint (Dkt. No. 21-1).

Dated this 1st day of April 2024.

Tana Lin
United States District Judge

ORDER ON MOTION TO AMEND - 1