```
_____FILED        _____ENTERED
_____LODGED       _____RECEIVED
```

MAR 2 8 2024  KS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

THE HONRORABLE JUDGE TANA LIN

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CORNER COMPUTING SOLUTIONS
PLAINTIFF,

NO.  2:23-cv-00-3- TL

<u>FIRST AMENDED COMPLAINT</u> FOR
DAMAGES

BREACH OF CONTRACT VIA

V.

BREACH OF COVENANT OF

GOOD FAITH AND FAIR DEALING

GOOGLE LLC,
DEFENDANT.

## 1.  PARTIES TO THIS COMPLAINT

A.  Plaintiff:  Dale Jake Corner Pro Se
    Corner Computing Solutions
    22823 14nth pl west Bothell WA 98021
    1 206 853 5207

B.  Defendant:
    Google LLC ~~1600 Amphitheatre Parkway Mountain View, CA 94043~~
    <u>777 6th St South Building A, Kirkland, WA 98033</u>

## 2.  STATEMENT AND CLAIMS FOR RELIEF AND COMPENSATION

1.  Google LLC, has breached contract by not acting within "The Covenant Of Good Faith

    And Fair Dealing".  By refusing to remove spurious "Fake Engagement" and or

    "Misrepresentation" <u>reviews per their own policy for 5 or more months is a breach of</u>

    <u>the contractual obligations of The Implied Covenant Of Good Faith And Fair Dealing</u>;

    causing damages to the good name of my business.  This breach of "The Covenant

P1

36      Good Faith And Fair Dealing" is created by Google LLC's negligence in the inappropriate

37      handling of the Google AdWords/Google Ads account "Corner Computing Solutions";

38      via refusing to remove the "Prohibited and Restricted Content" via their own policies in

39      a fair and timely manner.  My complaint and claim is that Google LLC did not act in

40      good faith and did not deal fairly with my account or reviews left on it, nor in the

41      administration of the contract and Goolge LLC's own policies.  This via outright ignoring

42      communication requests, requests for clarification, as well as ignoring the escalation

43      requests via their own online forms; and specifically not obeying their own policies

44      regarding the content.  By that conduct they have acted in a way that undermines good

45      faith and fair dealing with the contract; and the policies which have to be agreed to

46      that act as a contractual obligation for both parties to obey, and act upon with good

47      faith and deal fairly with.

48      This contract was entered into by Google LLC and Corner Computing Solutions at the

49      creation of the Google AdWords and business account for "Corner Computing

50      Solutions."  The contract and policies as mentioned are "Google Terms Of Service" and

51      "Google LLC Maps User Generated Content Policy" also referenced as "Contribution

52      Policy" via the link to the policy

53      "https://support.google.com/business/answer/4596773?hl=en&co=GENIE.Platform%3

54      DAndroid & https://support.google.com/contributionpolicy/answer/7400114?hl=en"

55

56      Specifics: "Google LLC Maps User Generated Content Policy", section "Prohibited &

57      restricted content", each section, subsection and subordinate section named and identified

58    specific as it is to reviews breaching said policy.  Reviews in question are 1 star.  Each review

59    breaches not only "Fake Engagement" but multiple sections of that policy.  Specifically all 1 Star

60    reviews left on the Corner Computing Solutions account are in breach of the "Prohibited &

61    restricted content" policy.

62    Those sections of "Google LLC Maps User Generated Content Policy" are:

63    Main Document Section 1: "Prohibited & Restricted Content"

64    Sub section of Section 1: 1.1 "Deceptive content & behavior"

65    Subordinate Section of Subsection 1.1: A: "Fake engagement"

66    Specific Section of Subordinate Section 1.1:A: A-3: "Content that is not based on a real

67    experience and does not accurately represent the location or product in question."

68    Specific Section of Subordinate Section 1.1:A: A-6: "Content that has been posted from multiple

69    accounts to manipulate a place's rating."

70    Subordinate Section of Subsection 1.1:D: "Misrepresentation"

71    Specific Section of Subordinate Section 1.1:D:A-1: "False or misleading accounts of the

72    description or quality of good or service." Google LLC Governing Statement: "Misleading

73    information can impact the quality of information on Google Maps. For this reason, we don't

74    allow individuals to use Google Maps to mislead or deceive others, or make

75    misrepresentations."

76    Specific Section of Subordinate Section 1.1:D:A-3: "Distorting or omitting information that Could

77    have an undue impact on user decision making."

78    Sub section of Section: 1:1.2 "Inappropriate content & behavior"

79    Subordinate Section of Sub Section: 1:1.2: A: "Offensive Content"

80    Specific Section Of Subordinate Section 1:1.2: A-2: "Content that is clearly and deliberately

81    provocative."

82    Specific Section Of Subordinate Section 1:1.2: A-3: "Unsubstantiated allegations of unethical

83    behavior or criminal wrong doing."  Google's governing statement: "Google Maps should be a

84    place of respect—even in disagreement—among users. For that reason, we don't allow users to

85    post offensive content".

86    Sub Section of Section: 1:1.2: N "Off-topic"

87    Specific Section of Subordinate Section 1:1.2-N: "Only post content that is based on your

88    experience or questions about experiences at a specific location.  We don't allow content which

89    contains general, political, or social commentary or personal rants."

90

91    Accounts and reviews breaching the "Google LLC Maps User Generated Content Policy"

92    (current to this First amended complaint see also exhibits, responses and other papers

93    submitted to the court)

94

95    User name: Mr. Murdock

96    Link: https://www.google.com/maps/contrib/103246800720866973069?hl=en-

97    US&ved=1t:31294&ictx=111

98    Section breach: Specific Section of Subordinate Section 1.1:A: A-3

99    Specific Section of Subordinate Section 1:1.2: A-2

100   Specific Section of Subordinate Section 1:1.2: A-3

101   Specific Section of Subordinate Section 1.1:D:A-1

102   Specific Section of Subordinate Section 1.1:D:A-3

103

104

105     User name: Mike Huntleton

106     Link: https://www.google.com/maps/contrib/111433697992048191737?hl=en-

107     US&ved=1t:31294&ictx=111

108     Section breach: Specific Section of Subordinate Section 1.1:A: A-3

109     Specific Section of Subordinate Section 1:1.2: A-2

110     Specific Section of Subordinate Section 1:1.2: A-3

111     Specific Section of Subordinate Section 1.1:D:A-1

112     Specific Section of Subordinate Section 1.1:D:A-3

113

114     User name: Joe Swanson

115     Link: https://www.google.com/maps/contrib/109446053631752887858?hl=en-

116     US&ved=1t:31294&ictx=111

117     Section breach:  Specific Section of Subordinate Section 1.1:A: A-3

118     Specific Section of Subordinate Section 1:1.2: A-2

119     Specific Section of Subordinate Section 1:1.2: A-3

120     Specific Section of Subordinate Section 1.1:D:A-1

121     Specific Section of Subordinate Section 1.1:D: A-3

122

123     User name: TNG Gaming Live

124     Link: https://www.google.com/maps/contrib/118117381480880423007?hl=en-

125     US&ved=1t:31294&ictx=111

$\rho_{\mathcal{E}}$

126    Section breach:  Specific Section of Subordinate Section 1.1:A: A-3

127    Specific Section of Subordinate Section 1:1.2: A-2

128    Specific Section of Subordinate Section 1:1.2: A-3

129    Specific Section of Subordinate Section 1.1:D: A-1

130    Specific Section of Subordinate Section 1.1:D: A-3

131

132    User name: Somebody

133    Link: https://www.google.com/maps/contrib/101202610839271484556?hl=en-

134    US&ved=1t:31294&ictx=111

135    Section breach:  Specific Section of Subordinate Section 1.1:A: A-3

136    Specific Section of Subordinate Section 1:1.2: A-2

137    Specific Section of Subordinate Section 1:1.2: A-3

138    Specific Section of Subordinate Section 1.1:D: A-1

139    Specific Section of Subordinate Section 1.1:D: A-3

140

141    User name: Itz F8Hyper

142    Link:  https://www.google.com/maps/contrib/100607415484070640912?hl=en-

143    US&ved=1t:31294&ictx=111

144    Section breach:  Specific Section of Subordinate Section 1.1:A: A-3

145    Specific Section of Subordinate Section 1:1.2: A-2

146    Specific Section of Subordinate Section 1:1.2: A-3

147    Specific Section of Subordinate Section 1.1:D: A-1

148    Specific Section of Subordinate Section 1.1:D: A-3

149

150          Username: Chris Hansen

151          Link: https://www.google.com/maps/contrib/111961291105641329261?hl=en-

152          US&ved=1t:31294&ictx=111

153          Section breach:  Specific Section of Subordinate Section 1.1:A: A-3

154          Specific Section of Subordinate Section 1:1.2: A-2

155          Specific Section of Subordinate Section 1:1.2: A-3

156          Specific Section of Subordinate Section 1.1:D: A-1

157          Specific Section of Subordinate Section 1.1:D: A-3

158

159          User name: Markiemm S

160          Link:  https://www.google.com/maps/contrib/106423851647970529462?hl=en-

161          US&ved=1t:31294&ictx=111

162          Section breach:  Specific Section of Subordinate Section 1.1:A: A-3

163          Specific Section of Subordinate Section 1:1.2: A-2

164          Specific Section of Subordinate Section 1:1.2: A-3

165          Specific Section of Subordinate Section 1.1:D: A-1

166          Specific Section of Subordinate Section 1.1:D: A-3

167

168          User name:  Unknown ?

169          Link:  https://www.google.com/maps/contrib/106381866268171308319?hl=en-

170          US&ved=1t:31294&ictx=111

171          Section breach: Specific Section of Subordinate Section 1.1:A: A-3

172            <u>Specific Section of Subordinate Section 1:1.2: A-2</u>

173            <u>Specific Section of Subordinate Section 1:1.2: A-3</u>

174            <u>Specific Section of Subordinate Section 1.1:D: A-1</u>

175            <u>Specific Section of Subordinate Section 1.1:D: A-3</u>

176

177            <u>User name: Matt</u>

178            <u>Link:  https://www.google.com/maps/contrib/101784716086259317128?hl=en-</u>

179            <u>US&ved=1t:31294&ictx=111</u>

180            <u>Section breach:  Specific Section of Subordinate Section 1.1:A: A-3</u>

181            Supporting: See Exhibit A: Page 1 through 19

182            Supporting: SEE SECTION 2: STATEMENT AND CLAIMS FOR RELIEF <u>1,</u> 2 and 3

183

184            2.  The spurious origin and "Prohibited and Restricted Content" reviews have also

185            caused damage to my personal good name via the lowering of my company's rating.

186            Which in turn lowers the trust of prospective customers in not only my company but

187            myself the plaintiff as well.  Google LLC could have fairly removed these "Prohibited and

188            Restricted Content" reviews via their own policy; dealt fairly and in good faith with

189            "Corner Computing Solutions" and has chosen not to; despite those reviews meeting

190            the guidelines for removal per their own policy; <u>a policy that is part of the contractual</u>

191            <u>obligations of both parties.</u>  This breach of "The Covenant Good Faith And Fair Dealing"

192            is due directly to negligence or otherwise inappropriate action by Google LLC not acting

193            in a fair and timely manner.<s>; resulting in another breach of contract on those grounds.</s>

<i>PB</i>

194        Supporting: See Exhibit A: Page 1 Through 19

195        Supporting: See Exhibit B: Page 1 Through 7

196        Supporting:  See Statement and Claims For Relief and Compensation 1.

197

198    3.  Google LLC for 5 or more months has refused to remove the "Prohibited and Restricted

199        Content" reviews, been notified of the situation via their own forms and contact

200        procedures and has been given ample time to fix the issue.  Google LLC has unfairly

201        refused to do so in a fair and timely manner and <u>refused</u> to act in good faith and deal

202        fairly regarding their own policies.  This results in multiple breaches of contract via

203        breaching of "The Covenant Of Good Faith And Fair Dealing" to such an extent that by

204        inaction, or inappropriate action Google LLC has caused undue harm.

205        Supporting: SEE SECTION 2: STATEMENT AND CLAIMS FOR RELIEF 1

206        Supporting: See Exhibit A: Pages 14 and 15

207        Supporting: See Exhibit B: Pages 1 Through 7

208

209    4.  Google LLC for 5 or more months banned my Virus Total account without pre

210        notification or communication.  The "DALEJAKECORNER" account represents three years

211        of hard work and data gathering, the data and opinions are live and real, and this has

212        also caused destruction of evidence held in the comments of the account.  That

213        evidence and work appears to be unrecoverable.  Despite many contacts about the issue

214        Google LLC refuses to ban the acting spurious "Troll" accounts on "Virus Total" leaving

215        spurious comments; and yet has banned my account instead; again not acting in "The

*p9*

216    Covenant Of Good Faith And Fair Dealing" resulting in a third breach of contract on

217    those grounds.

218    Supporting: SEE SECTION 2: STATEMENT AND CLAIMS FOR RELIEF 1

219    Supporting: See Exhibit C: Pages 1 Through 6

220                         3.  REQUST FOR RELIEF AND COMPENSATION

221    On the afore mentioned grounds, Corner Computing Solutions is requesting relief and

222    compensation to the amount of <u>150</u> Million United States Dollars. This due to Google

223    LLC's breach of contract via breach of "The Covenant Of Good Faith And Fair Dealing"

224    which has created undue hardship, unrecoverable work, psychological strain, loss of

225    business and revenue, unrecoverable damage to my good name and that of my

226    business.  This situation is ongoing as of the submission of this case.  I am also

227    requesting compensation for time, effort, legal fees and costs if any as it pertains to the

228    filing of this complaint.  Furthermore I am requesting that all 1 star reviews on "Corner

229    Computing Solutions" be removed.  That the "DALEJAKECORNER" Virus Total account be

230    reinstated along with the comments contained and the offending "Trolls" banned per

231    policy.  The amount requested is also to create good reason for Google LLC and other

232    companies engaged in the same kind of business incentive to not conduct the same

233    negative activity again or in the future.  The monetary damages are within the scope of

234    recent fines <u>and sanctions</u> levied against Google LLC.

235                         4.  CERTIFICATION AND CLOSING

236    I certify to the best of my knowledge, information, and belief that this complaint:

*p10*

237     (1) is not being presented for an improper purpose, such as to harass, cause

238     unnecessary delay, or needlessly increase the cost of litigation;

239     (2) is supported by existing law or by a nonfrivolous argument.

240     (3) the factual contentions have evidentiary support or, if specifically so

241     identified, will likely have evidentiary support after a reasonable opportunity for further

242     investigation or discovery; and

243     (4) the complaint otherwise complies with the requirements of Rule 11.

244     I agree to provide the Clerk's Office with any changes to my address where case-related

245     papers may be served. I understand that my failure to keep a current address on file

246     with the Clerk's Office may result in the dismissal of my case.

247

248     Date of signing: _march 28 2024 2:31 pm PST_

249     Place of signing: _district court Seattle_

250     Signature of Plaintiff: _[signature]_

251     Printed Name of Plaintiff: _Dale J Corner_

252     WORD COUNT: 1,953 words

_pll_

THE HONRORABLE JUDGE TANA LIN

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

CORNER COMPUTING SOLUTIONS
PLAINTIFF,

NO. 2:23-cv-00-3- TL

PLAINTIFF'S FIRST MOTION TO AMEND
COMPLAINT

V.

GOOGLE LLC,
DEFENDANT.

PARTIES TO THIS MOTION TO AMEND COMPLAINT

A.  Plaintiff: Dale Jake Corner Pro Se
     Corner Computing Solutions
     22823 14nth pl west Bothell WA 98021
     1 206 853 5207

B.  Defendant:
     Google LLC 1600 Amphitheatre Parkway Mountain View, CA 94043

The Complaint Plaintiff Corner Computing Solutions self-represented by Dale Jake Corner Pro Se,

submits this motion and moves the court with respect to accept this first motion to Amend the

complaint for case number: 2:23-cv-00-3- TL. The first Amended Complaint (FAC) is attached. The

motion is to allow in full the changes to verbiage including more direct communication as to the claim

and portions of the claim for clarification to the court, defendant and Council of record.  Also contained

in the First Amended Complaint a list of the accounts and reviews in question that still exist on the

account, including links to each account to grant further clarification to the Defendant.  Further

contained is clarification of the contract and policies involved in the complaint.  A change to the address

for service and Defendant location is contained as well.  No other changes at this time appear necessary.

36                                        CERTIFICATION

37     I, Dale Jake Corner, Sole Proprietor of CORNER COMPUTING SOLUTIONS and plaintiff as Pro Se in Case

38     Number 2:23-cv-00930 do here by certify under penalty of perjury that the forgoing statement is true

39     and correct and submitted by myself.

40     RESPECTFULLY SUBMITTED THIS DATE&TIME:

41     Name:  DALE JAKE CORNER Pro Se

42     Signed:

43     Address:22823 14nth pl west Bothell Wa 98021 Phone: 1 206 853 5207

44     WORD COUNT: 288 WORDS SUM TOTAL ABOVE

# EXHIBIT A





Google

google fake engagement reviews

Q All   O Shopping   ⊞ News   🖾 Images   ▶ Videos   ⋮ More

Tools

About 36,900,000 results (0.60 seconds)

Fake engagement is not allowed and will be removed. This includes: Paying, incentivising or encouraging the posting of content that does not represent a genuine experience. Discouraging or prohibiting negative reviews, or selectively soliciting positive reviews from customers.

Google
https://support.google.com/contributionpolicy ⋮

Prohibited and restricted content - Local Guides Help

—————————  ⊕ About featured snippets · ⊞ Feedback

Google
https://support.google.com/business/thread/109994... ⋮

Legitimate review is getting flagged as "Fake Engagement"

Aug 25, 2022 — Google is flagging this review as fake engagement when this person is a legitimate client of mine.

4 answers · Top answer: Lucio I have looked at a large number of these cases over the past mo...

Review on Google Maps that is Fake Engagement ...      May 19, 2022
Google rejected Appeal for Fake Engagement Reviews    Aug 30, 2022
Fake Engagement/Spam 1 star reviews - Google Help      Jul 16, 2022
Google rejected removing a "Fake engagement" review. Now ...  Jun 17, 2022

More results from support.google.com

People also ask   ⋮

Can you get in trouble for posting fake reviews on Google?    ∨

Should I respond to a fake Google review?    ∨

Feedback

Q Type here to search

location or product in question.

- Content that has been incentivized by a business in exchange for discounts, free goods and/or services.

  This includes merchant requests for review or removal of a negative review through offered discounts, free goods, or services, or other incentives.

- Content that has been posted by a competitor to undermine a business or product's reputation.
- Content that has been posted from multiple accounts to manipulate a place's rating.
- Content that has been posted using an emulator or other device tampering service, modified operating system, or other method to mimic genuine engagement, manipulate sensor data or results, or otherwise thwart or confuse normal operations.

### Impersonation

Using Google Maps to mislead others is against the spirit of delivering useful information to assist users as they explore the world around them. Don't use Google Maps to impersonate 🔗 any person, group, or organization.

This includes:

- Content posted or shared seeking to impersonate any person, group, or organization.
- Content that is pretending to be a verified authoritative source.

We do allow content that contains alternative names for a person or organization where the content is not attempting to mislead others.

### Misinformation

### Misrepresentation

Misleading information can impact the quality of information on Google Maps. For this reason, we don't allow individuals to use Google Maps to mislead or deceive others, or make misrepresentations 🔗.

This includes:





sensor data or results, or otherwise thwart or confuse normal operations.

Impersonation ⌄

Misinformation ⌄

Misrepresentation ⌃

Misleading information can impact the quality of information on Google Maps. For this reason, we don't allow individuals to use Google Maps to mislead or deceive others, or make misrepresentations [...]

This includes:

- False or misleading accounts of the description or quality of a good or service.
- Distorting or omitting facts to scam other users.
- Distorting or omitting information that could have an undue impact on user decision making.
- Content that is based on a conflict of interest.
- Posting content that tricks users into revealing confidential information, downloading unwanted or malicious software, or subjects them to phishing or baiting.

## Mature content

Obscenity & profanity ⌄

Sexually explicit content ⌄

Adult-themed content ⌄

Violence & gore ⌄

## Regulated, dangerous, & illegal

Restricted content ⌄



Local Guides Help

🔍 Describe your issue

Personal information                                                              ⌄

**Deceptive content**                                                            ⌃

Contributions to Google Maps should reflect a genuine experience at a place or
business. Fake engagement 🔗 is not allowed and will be removed.

This includes:

• Paying, incentivising or encouraging the posting of content that does not represent a
  genuine experience.
• Discouraging or prohibiting negative reviews, or selectively soliciting positive reviews
  from customers.
• Content that is not based on a real experience and does not accurately represent the
  location or product in question.
• Content that has been incentivized by a business in exchange for discounts, free goods
  and/or services.

    This includes merchant requests for revision or removal of a negative review through offered
    discounts, free goods or services, or other incentives.

• Content that has been posted by a competitor to undermine a business or product's
  reputation.
• Content that has been posted from multiple accounts to manipulate a place's rating.
• Content that has been posted using an emulator or other device tampering service,
  modified operating system, or other method to mimic genuine engagement, manipulate
  sensor data or results, or otherwise thwart or confuse normal operations.

Impersonation                                                                    ⌄

Mis-information                                                                   ⌄

Misrepresentation                                                                ⌃

Report spam or bad data

Answer questions

Create a list of places

Prohibited and restricted content

Mark a place reopened or closed on
Google Maps



Google Business Profile Help

The person said his name
was Dale and could remote
access to fix a network
issue, but once I asked h...        1/5 stars    View in Maps    Escalated –
                                                                 Check email Mr. Murdock
                                                                 for updates

Dale does not seem to
know how network
actually work nor does he    1/5 stars    View in Maps    Escalated –
take it well when                                          Check email Mike Hundleton
questioned about...                                        for updates

The owner of this business
will slander others by
claiming they are            1/5 stars    View in Maps    Escalated –
scammers and frauds. He                                    Check email Scrndivory
has bee...                                                 for updates

Worst experience ever       1/5 stars    View in Maps    Escalated –
                                                          Check email MarKimm
                                                          for updates

Terrible service I have
more problems with my
computer than before        1/5 stars    View in Maps    Escalated –
                                                          Check email Chris Hansen
                                                          for updates

Would give 0 stars, the
person working there                                      Escalated –

What would you like to do with your reviews?

○ Appeal eligible reviews

○ Check reviews not eligible for appeal

Back                                                      Continue

Give feedback about this content.

©2023 Google · Privacy Policy · Terms of Service          English

Google Business Profile Help

Manage reviews on your Google Business Profile with our easy, automated self-help flow. It lets you report review removals and check review status in minutes.

22%

## Check the status of reported reviews

These reviews are shown in the order they were posted. Removed reviews aren't displayed.

| Review | Rating | Link to review | Decision | Reviewer name |
|---|---|---|---|---|
| These providers wont try computer than before | 1/5 stars | View in review | | Dhita Thanasit |
| Would give 0 stars. the person working there called Dale didn't have a clue what he was doing. I wa... | 1/5 stars | View in Maps | Escalated - Check email for updates | Trif Garcing Live |
| D stri Duobe malware | 1/5 stars | View in Maps | Escalated - Check email for updates | Unknown ? |
| The owner of this company stole hundreds of dollars from me and then proceeded to download a cryptom... | 1/5 stars | View in Maps | Escalated - Check email for updates | Itz F8Hyper |
| He put malware on my computer! Edit: The owner is blatantly lying about this. I placed this review ... | 1/5 stars | View in Maps | Escalated - Check email for updates | Jon Swenson |
| No review text. | 1/5 stars | View in Maps | Escalated - Check email for updates | Matt |

What would you like to do with your reviews?

○ Appeal eligible reviews

○ Check reviews not eligible for appeal



Get more reviews

## Corner Computing Solutions

22823 14th PI W, Bothell, WA.

2.7 ★★★☆☆  23 reviews ⓘ

travel and I have a license to conduct business in that state. I have never even spoken to you in any business capacity. You ... More

✏️ Edit   🗑 Delete

**Prize Van**
1 review
★☆☆☆☆ · 17 hours ago  NEW

The person said his name was Dale and could remote access to fix a network issue, but once I asked how safe to download this file he gave, he got very mad and called me names, saying I was harassing him! I hung up! ...More

👍 Like

**Response from the owner** Just now
You are either misinformed, ignorant, or lying. First of all, I do not do remote administration, I have not done any remote admin work for about 10 years now. Even my account here states that I only do onsite work, I would have never offered you any remote service. So, you are lying. If you want to troll go back to 4chan or whatever forum you came from. I am not going to tolerate lying.

✏️ Edit   🗑 Delete

**TNF Gaming Live**
Local Guide · 7 reviews · 9 photos
★☆☆☆☆ · 6 hours ago  NEW

Would give 0 stars, the person working there called Dale didn't have a clue what he was doing. ...More

Add missing information



Google

About 25,000,000 res

https://www.linkedin.c

Dale Jake Corne

Bothell, Washington, Un
My long term experient
aspects of applied com

https://www.bing.com

Corner Computin

See reviews for Corner
members or join today
★★★★★ Rating: 5 · 1

Does Corner Computin

How is Corner Comput

https://getpersons.app

(206) 853-207 - 22823 14th Pl W, Bothell, WA 98021 - Persona

Corner Computing Solutions – (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021, Computer

Address: 22823 14th Pl W, Bothell, W

## Corner Computing Solutions

22823 14th Pl W, Bothell, WA

**2.9 ★★★★★** 27 reviews ⊙

Get more reviews

✏ Edit    🗑 Delete

**Jim Bowler**
1 review

★★★★★ a month ago

Reviews are because this person is a fraud and people should beware.
My god, this guy thinks he invented the search engine Bing!

↩ Reply    👍 1    •••

**Jorge E Paredes Obeso**
Local Guide · 11 reviews · 1 photo

★★★★★ a month ago

He is a known associate and supporter of online scammers. Truly despicable. Take your business    •••



# Corner Computing Solutions
22823 14th Pl W, Bothell, WA

## 2.9 ★★★★★   27 reviews ⓘ

↩ Reply

**Jorge F. Paredes Obeso**
Local Guide · 11 reviews · 1 photo
★★★★★ a month ago

He is a known associate and supporter of online scammers. Truly despicable. Take your business literally anywhere but here.

↩ Reply   👍 4

···

**Somebody**
1 review
★★★★★ a month ago

Critical: Professionalism, Quality

Get more reviews

**Corner Computing Solutions** — (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021. Computer

(206) 853-207 - 22823 14th Pl W, Bothell, WA 98021 - Persona

https://getpersona.app

Address: 22823 14th Pl W, Bothell, W



# Corner Computing Solutions

22823 14th Pl W, Bothel, WA

2.9 ★★★☆☆  27 reviews ⓘ

Get more reviews

**Somebody**
1 review
★☆☆☆☆ a month ago

Critical: Professionalism, Quality

The owner of this business will slander others by claiming they are scammers and frauds. ... More

◀ Reply  👍 2

**Sonia Nikolova**
1 review
★★★★★ a year ago

Positive: Professionalism, Quality, Responsiveness, Value



# Corner Computing Solutions

22823 14th Pl W, Bothell, WA

2.9 ★★★★★   27 reviews ⓘ

Get more reviews

**Chris Hansen**
1 review

★★★★★   a month ago

Terrible service
I have more problems with my computer than before

↩ Reply   👍 3

**Elon Musk Videos**
1 review

★★★★★   a year ago

He gave me free advice and saved me from paying $60 for diagnostics at a store. Very honorable. Would recommend



## Corner Computing Solutions
22823 14th Pl W, Bothell, WA

2.9 ★★★★★   27 reviews ⓘ

**Get more reviews**

**No Account**
1 review
★★★★★ a month ago
Worst experience ever
← Reply   👎 3   ・・・

**Damiar Petronovsky**
1 review
★★★★★ 3 years ago
Not recommended. Treat others how you want to be treated.
← Reply   👎 6   ・・・

Corner Computing Solutions – (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021 - Persona

**Address:** 22823 14th Pl W, Bothell, W

A/3



## Corner Computing Solutions

22823 14th Pl W, Bothell, WA

2.9 ★★★★★  27 reviews ⊙

Get more reviews

**U**  **Unknown ?**
1 review

★★★★★  a month ago

Distributes malware

↩ Reply  👍 3

**T**  **Tim Curry**
1 review

★  3 years ago

Very bad communication.

↩ Reply  👍 3

(206) 853-207 - 22823 14th Pl W, Bothell, WA 98021 - Persona

Address: 22823 14th Pl W, Bothell, W

Corner Computing Solutions – (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021 Computer



Google

**Corner Computing Solutions**

22823 14th Pl W, Bothell, WA

**2.9** ★★★☆☆  27 reviews ⓘ

Get more reviews

**Response from the owner** 10 months ago
Thank you for the review Ryan. If you have any questions on anything feel free to call or text. You can email me but it will take much longer than if you call or text me.

✏ Edit    🗑 Delete

**Matt**
Local Guide · 26 reviews · 30 photos
★★★★★ 3 years ago

◄ Reply

Corner Computing Solutions – (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021, Computer

(206) 853-207 - 22823 14th Pl W, Bothell, WA 98021 - Persona



## Corner Computing Solutions

22823 14th Pl W, Bothell, WA

**2.9** ★★★★★   27 reviews ⓘ

✎ Edit   🗑 Delete

**A Google User**
7 reviews
★★★★★ a month ago

Would give 0 stars, the person working there called Dale didn't have a clue what he was doing.

I would recommend staying away from this place and get a actual professional if you need help with your computer / laptop

↩ Reply   👍 3

**S  Sari Almakt**
1 review



Google

Q All    Maps

About 25,000,000 res

https://www.linkedin.c

Dale Jake Corne

Bothell, Washington, U
My long term experienc
aspects of applied com

https://www.engj.com

Corner Computi

See reviews for Corner
members or join today
★★★★★ Rating: 5 · 1

Does Corner Computin

How is Corner Comput

https://getpersona.app

**Corner Computing Solutions**

22823 14th Pl W, Bothell, WA

**2.9** ★★★★★   27 reviews ⓘ

✏ Edit    🗑 Delete

Get more reviews

**Mike Huntleton**
3 reviews

★★★★★  a month ago

Dale does not seem to know how networks actually work nor does he take it well when questioned about
his technical abilities. He is an unstable person who makes threats and attempts intimidation when
called out.
View my profile "MKHNT" on virustotal and see how often I had to respond to his false statements and
fabricated lies.

Response to owner:
You post false accusations and then post a fake C&D saying I can't respond to them? You are delusional!
You were 3 years ago and you still are!

◄ Reply    👍 3

No online

the Alderwood

See outside

Corner Comp...
Solutions

**(206) 853-207 – 22823 14th Pl W, Bothell, WA 98021 – Persona**

Corner Computing Solutions – (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021   Computer

**Address: 22823 14th Pl W, Bothell, W**

𝒫 Type here to search



# Google

Q All   ⊘ Maps

About 25,000,000 res

https://www.linkedin.c

### Dale Jake Corne

Bothell, Washington, U

My long term experienc
aspects of applied com

https://www.angi.com

### Corner Computi

See reviews for Corner
members or join today
★★★★★ Rating 5 · 1

Does Corner Computin

How is Corner Comput

https://getpersona.app

(206) 853-207 · 22823 14th Pl W, Bothell, WA 98021 – Persona

Corner Computing Solutions – (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021. Computer

---

# Corner Computing Solutions
22823 14th Pl W, Bothell, WA

## 2.9 ★★★★★   27 reviews ⓘ

People often mention

All     malware 3     scammer 3

### Sort by

Most relevant     Newest     Highest     Lowest

**Mr. Murdock**
1 review

★★★★★   a month ago

The person said his name was Dale and could remote access to fix a network issue, but once I asked
how safe to download this file he gave, he got very mad and called me names, saying I was harassing
him! I hung up!
I did some research (should have done that first) and found this guy is a fraud and just does this sort of
thing for kicks. Calls everyone a troll/scammer and posts all over that they distribute malware. I think
this person has problems and everyone should stay far away from this guy.

⋯

Get more reviews

**Address:** 22823 14th Pl W, Bothell, W



Google

Q All    ◉ Maps

About 25,000,000 re

https://www.linkedin.co

Dale Jake Corne

Bothell, Washington, U
My long term experien
aspects of applied com

https://www.angi.com

Corner Computi

See reviews for Corner
members or join today
★★★★ Rating: 5 - T

Does Corner Computin

How is Corner Comput

https://getpersona.app

(206) 853-207 – 22823 14th Pl W, Bothell, WA 98021 - Persona

Corner Computing Solutions – (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021. Computer

## Corner Computing Solutions

22823 14th Pl W, Bothell, WA

### 2.9 ★★★★★  27 reviews ⓘ

Get more reviews

**Joe Swanson**
1 review

★★★★★ 5 months ago

He put malware on my computer!

Edit: The owner is blatantly lying about this. I placed this review many days after what happened
happened. This owner will lie about anything to seem credible. I highly recommend everyone stay away
from this scammer!

◀ Reply    👍 6

•••

**Itz F8Hyper**
2 reviews

★★★★★ a month ago

•••



Corner Computing Solutions

2.7 ★★★★ · 2 reviews ⓘ

✏ Write a review

Sort by

Most relevant · Newest · Highest · Lowest

**Joe Swenson**
1 review

★ · 3 months ago

He put malware on my computer!

Edit: The owner is blatantly lying about this. I placed this review many days after that happened. This owner will lie about anything to seem credible. I highly recommend everyone stay away from this scammer!

👍 6

Response from the owner · 3 months ago
When did I supposedly come to your business place or home? I have been through my records. I have not been to your house. "Many days ago"?, you left this review 3 days ago, at the exact time I got a scam phone call and have been dealing … More

**Izz FBhyper**
2 reviews

★ · a week ago · NEW

The owner of this company stole hundreds of dollars from me and then proceeded to download a cryptomining software on my computer then used my computer for crypto mining.

👍 2



Google

Q All   ⊙ Maps

About 25,000,000 re...

https://www.linkedin.c...

Dale Jake Corne...

Bothell, Washington, Un...
My long term experien...
aspects of applied com...

https://www.angi.com...

Corner Computi...

See reviews for Corner...
members or join today...
★★★★★ Rating  5 · 1...

Does Corner Computin...

How is Corner Comput...

https://getpersona.app...

**(206) 853-207 – 22823 14th Pl W, Bothell, WA 98021 - Persona**

Corner Computing Solutions – (206) 853-207 – 22823 14th Pl W, Bothell, WA 98021. Computer

**Address:** 22823 14th Pl W, Bothell, W...

---

**Corner Computing Solutions**
22823 14th Pl W, Bothell, WA

**2.9**  ★ ★ ★ ★ ★   27 reviews  ⓘ

Get more reviews

Itz F8Hyper
2 reviews

★★★★★  a month ago

The owner of this company stole hundreds of dollars from me and then proceeded to download a cryptomining software on my computer then used my computer for crypto mining

◄ Reply   👍 4                                                          • • •

N   Nik Zev
    1 review

★★★★★  a month ago

Dale Corner helped me close a very stubborn window in my vehicle for my security ! I do appreciate your can-do efforts, Dale

👍 ?                                                                       • • •

See outside

Corner Comp...
Solutions

the Alderwood

No online

2:14 PM
10/12/2022

# EXHIBIT B

BO



Google    Corner Computing Solutions

## Corner Computing Solutions

3.5 ★★★★☆    20 reviews ⊙

**Response from the owner** 9 months ago
Thank you for leaving me a review Rodrigo. I hope my suggestions and information involving your computing device have been helpful and have led you to a good resolution. Feel free to call or text me at will with any questions you may have.

**Marklemm**
1 review
★☆☆☆☆ 5 months ago
Worst experience ever

**Unknown ?**
1 review
★☆☆☆☆ 6 months ago
Distributes malware

**Ryan "Eno Blaster"**
Local Guide · 24 reviews · 12 photos
★★★★★ a year ago
Response from the owner a year ago



Google

Corner Computing Solutions

Q All   ♥ Maps   ⌕ Images   ⊘ Shopping

About 2,770,000 results (0.54 seconds)

https://www.yelp.com › corporate › corner-comp...

**Corner Computing Solutions Review**

See reviews for Corner Computing Solutions in their
members or join today to leave your own review.
★★★★★ Rating: 5 · 3 reviews

What services does Corner Computing Solutions of...
How is Corner Computing Solutions overall rated?

https://reviews.biz.net › Reviews › Service Review

**Review of Corner Computing Solutio...**
Aug 15, 2023 — "Honest Rating" - Yelp(4) · 5 Reviews
Computing Solutions.

https://reviews.com › washington › internet › corn...

**Corner Computing Solutions - Nicek...**
Corner Computing Solutions offers with ★ 20 re...
similar internet companies in Washington on Revie...

https://www.bizidex.com › dale-jake-corner-933381

**Dale Jake Corner - Chief Software E...**
My long-term experience with software and comput
as result of applied computing. Experience Corner

⊞ Images for Corner Computing

**Corner Computing Solutions**

22837 168 th PL DUNALL WA

**3.5** ★★★★½   23 reviews ⊙

✎ Write a review

free of charge.  Only took him about 15 min.  Awesome man I like have him as a friend.
👍 5

**Response from the owner** 4 months ago
OMG I thought I already responded to this one.  Thanks for leaving me a review, I was glad to help.
Hopefully the laptop continues to operate in an effective manner for you.  Hope to see you again soon.

🔵 **Mike Huntleton**
★ 2 reviews
★   5 months ago

Dale does not seem to know how networks actually work not does he take it well when questioned about
his technical abilities. He is an unstable person who makes threats and attempts intimidation when
called out.

View my profile "MKHINT" on virustotal and see how often I had to respond to his false statements and
fabricated lies.

Response to corner.
You post false accusations and then post a fake CSID saying I can't respond to them? You are delusional!
You were 3 years ago and you still are!
👍 3

🔵 **Louise Corner**
1 review
★★★★★   2 months ago

Dale has helped me with my computers  keeping them working for over 10 years.
Today he came to repair my grandfather clock and is now running like new!

Reviews ⊙





Corner Computing Solutions

3.5 ★★★★✩   23 reviews ⓘ

**Response from the owner** 7 months ago
Thank you for leaving a review. If you have any trouble please feel free to contact me.

Chris Hansen
1 review
★ 6 months ago
Terrible service
I have more problems with my computer than before
👍 3

Seth Manning
2 reviews
★★★★★ 10 months ago
I have known Dale Corner for six years.
👍 6

**Response from the owner** 9 months ago
Thanks for leaving a review Seth. Call me with any tech questions you may have. Finish your degree
Seth. I hope to see you back in my territory soon.



Google

Corner Computing Solutions

## Corner Computing Solutions
2249 - 240 F.V. E., Dalet, WA

3.5 ★★★★★   28 reviews

Very efficient. Excellent work. Wouldn't go anywhere else.

👍 1

**Response from the owner** 6 month ago
Thank you very much for leaving me a review Holly. Feel free to contact me anytime.  I am having some
trouble with these trolls leaving fake reviews. Just let me know if you need anything.

**Joe Swanson**
1 review
★          2 months ago
He put malware on my computer!

Edit: The owner is blatantly lying about this. I placed this review many days... More

👍 6

**Itz Fili3pper**
2 reviews
★          6 months ago
The owner of this company stole hundreds of dollars from me and then proceeded to download a
cryptomining software on my computer then used my computer for crypto mining

👍 4

**Sonia Nikolova**
1 review



Google    Corner Computing Solutions

# Corner Computing Solutions

## 3.5 ★★★☆☆   23 reviews

People often mention

Sort by
Most relevant    Newest    Highest    Lowest

**Mr. Murdock**
1 review

★
The person said his name was Dale and one of remote access to fix a network issue, but once I asked how safe to download this file he gave, he got very mad and called me names, saying I was harassing him! I hung up! ...More

👍 4

**Sihdejim Aliaj**
1 review

★★★★★ 5 months ago
Dale removed a bad bar interfering with my searches, sped up my computer and made it more secure free of charge. Only took him about 15 min. Awesome man! Like have him as a friend.

👍 5

**Response from the owner** 4 months ago
Odd. I thought I already responded to this one. Thanks for leaving me a review, I was glad to help. Hopefully the laptop continues to operate in an effective manner for you. I hope to see you again soon.

Reviews





# Corner Computing Solutions

## 3.5 ★★★★☆ 23 reviews ⓘ

**Response from the owner** ·
Thank you for leaving a review Sonia, feel free to contact me as you need dictates.

**Somebody**
1 review

★ · 5 months ago

**Critical:** Professionalism, Quality

The owner of this business will slander others by claiming they are scammers and frauds.

He has been attacking the scammer.info community with wild accusations and no actual evidence to back them up with.

👍 3

**Janet Sanders**
2 reviews

★★★★★ 5 years ago

I am extremely pleased with Dale's very reasonably priced, prompt, and professional service ... More

👍 7

**Response from the owner** · 5 years ago
Thank you for leaving a review Janet, call me at your discretion.

# EXHIBIT C



USER PROFILE

**DALEJAKECORNER**
4 years ago

Dale Jake Corner

Corner Computing Solutions Bothell
Washington 1 206 853 5207 "I will catch you
everytime and I will make you pay" A USA
BUDS instructor

☆ 1180

COMMENTS      GRAPHS

No comments found

| Virus Total | Community | Tools | Premium Services | Documentation |
|---|---|---|---|---|
| Contact Us | Join Community | API Scripts | Get a demo | Searching |
| Get Support | Vote and Comment | YARA | Intelligence | Reports |
| How It Works | Contributors | Desktop Apps | Hunting | API v3 | v2 |
| ToS | Privacy Policy | Top Users | Browser Extensions | Graph | Use Cases |
| Blog | Releases | Community Buzz | Mobile App | API v3 | v2 | |

Type here to search

4:47 PM
2/15/2023





MKHNT

Did you intend to search across the file corpus instead? Click here

## USER PROFILE

MKHNT
4 years ago

Mike Huntston

☆ 7

### COMMENTS

#### GRAPHS

| | | |
|---|---|---|
| MKHNT | SCAMMER INFO - Changed Forum software and Dale falsified the node labels to get revenge for being banned there | 2022-03-26 11:05:26 |
| MKHNT | Dale just fabricates false claims in his graphs and doesn't understand what they mean | 2022-03-26 10:46:44 |
| MKHNT | These are Discourse Forum file and Google Chrome support files | 2022-03-26 10:53:06 |
| MKHNT | Discourse framework file the forum runs inside of. | 2022-03-26 01:19:30 |
| MKHNT | DALE is making up LIES out of revenge and has no clue what the file is | 2022-03-26 00:51:39 |
| MKHNT | Hey DALE! These are files for the Discourse Forum software, you moron! | 2022-03-25 23:03:48 |
| MKHNT | DALE LEARN HOW TO READ FILE ORIGINS AND WHAT THEY ARE you moron! | 2022-03-25 22:51:29 |
| MKHNT | DALE LEARN HOW TO READ FILE ORIGINS AND WHAT THEY ARE you moron! | 2022-03-25 22:46:23 |
| MKHNT | EVALUATION of DALEJAKECORNER's fake investigation | 2022-03-22 12:47:31 |
| MKHNT | DALEJAKECORNER FEAR MODE | 2022-03-20 15:57:10 |
| MKHNT | OCTONET - UPDATED | 2022-03-20 15:05:06 |
| MKHNT | 800Notes - UPDATED | 2022-03-20 14:12:15 |
| MKHNT | SCAMMER INFO remap UPDATE | 2022-03-20 11:56:10 |
| MKHNT | SCAMMER INFO UPDATED | 2022-03-20 11:17:40 |
| MKHNT | Untitled Graph | 2019-07-02 05:43:19 |

Type here to search





That's not a legal justification, just a bunch of words in an attempt to intimidate... I will print all that on some toilet paper and wipe my ass with it. Your moronic threats don't mean shit you are just a joke at this point. You can't talk shit about people and then "order" them not to respond to it, what a stupid idiot you are

You think I would take you seriously over anything you say? Someone who can't stay out of a Courtroom like the recent Court you had in May or the unlawful harassment petition made by your grandma in 2017 against you. Yeah, that's right, your criminal history is public record and evidence of your delusional mentality

⊙ 5 months ago ⊙ http://www.scammer.info/

DALEJAKECORNER said.

"Again you are harassing a witness for the seattle prosecutors office involving fire arms theft and vehicle theft."

I think you mean "Defendant" for the Brandishing charge, not "witness". Now you're saying you stole it and a vehicle? Lake Forest Park Municipal Court is pretty far from Seattle. Remember this?

DALEJAKECORNER said 4 months ago:

"I see you could went to know about my criminal record.

I like to drive fast, real fast. I fought two men and a pit bull at once and we had a little accident, following to closely you know. They tried to press charges after attacking me, it all got swapped over on them for lying, you know, like you all do.

Brandishing charge, well, people like to be. They decided to fight it a strap light a bit when I got out to know, bones they decided not to. So they tried to follow me home, and called the police and fled. The guns they described, I have never owned. They lied in court, they lied to the cops, I carry legal, at the time I had my .38 special mub mub's 635 shot partridged blast. Taurus. The lies said "a glock 9 millimeter with a 17 round extended clip" not false witness 3 .357 long barrel with a customer holster and based it. They are under investigation for perjury, I had to do the time on account of some bones liars who would tactics did not occur. I can tell you this much, if I had to do that 365, 265 suspend, 100 days, 67 or 100, in hours work release, banished the penal term 90 days, plus the cash among to fines and such, and those dirty nasties, like you'd chosen, don't get paid for perv shot it. Then that is a price I am willing to pay."

Pulled it out because you were about to get your ass beat is more like it.
"I fought two men and a pit bull at once"
Hahaha, man you sure try to live in a fantasy world online.

So it I try to sit through your bullshitting, what you are saying is you stole a vehicle, caused an accident, got caught by 2 guys with a pitbull, pulled out a gun and ran away. They followed and called the cops, you got arrested and pleaded Guilty because you are willing to do time.

🗐 5 months ago  ✕  Untitled Graph

False positive files:
• Thug lock xxx is in THUG game directory
• com.my.scammer.info apk is an Android app for scammer info

• URLs Nodes are threads people have posted in and submitted fake

• Resolutions Node is the cloud security services of Cloudflare and OVH

Everything else is not even connected to scammer.info, so again I ask where is the evidence of any wrong doings?

Show files



http://020notes.com/

800notes.com

DETECTION   DETAILS   COMMUNITY ⚲

Contained in Graphs (5) ⓘ

MKHNT   800Notes - UPDATED

DALEJAKECOR...   www.800notes.com Phishing, China, Tech Scams 'ByHackerTeam duckdns.org"

DALEJAKECOR...   www.800notes.com phishing pages tech scams, China, "byHackerTeam"

DALEJAKECOR...   www.800notes.com Server StudyA

DALEJAKECOR...

Voting details (3) ⓘ

Cameroni   +11   MKHNT   +9   DALEJAKECORNER   -32
1 year ago          3 years ago          3 years ago

403          2023-02-08 03:46:54 UTC
S/Mbs          a moment ago

Comments (1) ⓘ

MKHNT
3 years ago

This person (Dale Corner) is a little unstable and makes up stories to fill his fantasies of being some sort of "scammer hunter", but if you examine most of his "data", you will find that all he does is just fabricate what he wants the data to say. He includes the hosting service and many of the other websites being hosted, as part of his "illusion" of how the targeted/named website is malicious, but has no real data to back up his story or claim

800notes is merely a Reverse Phone look up for unwanted/unknown callers and it is visitors who post all the information about a phone number. There is no downloads, no registration requirements nor is any money ever exchanged or requested.

Read about Dale from his handle of Flagrum:
https://www.scammer.info/u/FLAGRUM